USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/4/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**MARQUIT,**

                  **Plaintiff,**

    -against-

**MYLAN PHARMACEUTICALS, INC., ET AL.,**

                  **Defendants.**

------------------------------------------------------------------- x

**1:18-CV-00647 (ALC) (KNF)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Parties are hereby ORDERED to submit a joint status report to the Court on or before June 26, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
                **June 4, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**