**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**MARQUIT**,

                **Plaintiff,**

   -against-

**MYLAN PHARMACEUTICALS, INC., ET AL.,**

                **Defendants.**
-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/8/2020__

**1: 18-cv-00647 (ALC) (KNF)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      In light of the COVID-19 pandemic, a trial in this case will not be imminent. The parties are encouraged to pursue settlement discussions. The parties are ordered to file a joint status report no later than November 17, 2020.

**SO ORDERED.**

**Dated:**        **New York, New York**
                   **September 8, 2020**

                                              _____
                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**