**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11/18/2020_
```

------------------------------------------------------------------x
**MARQUIT,**
                        **Plaintiff,**

                v.                                  **1:18-cv-00647-ALC-KNF**
                                              <u>**ORDER**</u>

**MYLAN PHARMACEUTICALS, INC. ET AL.,**

                        **Defendants.**

------------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' joint status report. The Parties are ORDERED to file a Joint Pre-Trial Order by February 10, 2021.

**SO ORDERED.**
**Dated: November 18, 2020**
        **New York, New York**

                                                     _____
                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**